# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELIZABETH R. TAPIA

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

CASE NUMBER: C09-5192 FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The administrative decision is AFFIRMED.


| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk